BLANE A. SMITH (SB # 96795)
FARMER, MURPHY, SMITH & ALLISTON
3640 American River Drive, Suite 150
Sacramento, California 95864
Telephone:  (916) 484-3500
Fax: (916) 484-3510

(SPACE BELOW FOR FILING STAMP ONLY)

*E-FILED 4/27/05*

Attorneys for REPUBLIC WESTERN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLIC WESTERN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>    Defendant. | Case No. C05 00385 RS<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND ORDER THEREON |

IT IS HEREBY STIPULATED by the parties hereto, Plaintiff REPUBLIC WESTERN INSURANCE through its counsel Blane A. Smith, Esq. of the law firm of Farmer, Murphy, Smith & Alliston and Defendant LEXINGTON INSURANCE COMPANY, through its counsel William Staples, Esq., that this action shall be dismissed, in its entirety, with prejudice.

IT IS FURTHER STIPULATED that Plaintiff and Defendant will each bear their own costs and fees from this action.

Dated:                                                      FARMER, MURPHY, SMITH & ALLISTON

By _____
      Blane A. Smith

Attorneys for Plaintiff
REPUBLIC WESTERN INSURANCE

- 1 -
STIPULATION FOR DISMISSAL OF ENTIRE ACTION

Dated: 4-22-05

By /s/ William Staples
William Staples
Attorney for Defendant
LEXINGTON INSURANCE COMPANY

## ORDER

Pursuant to the Stipulation,

IT IS HEREBY ORDERED that the entire action is hereby dismissed in its entirety with prejudice.

DATED: April 27, 2005

/s/ Richard Seeborg
Richard Seeborg
Judge of the U.S. District Court

R:\docs\rwic\castlewood\Pleadings\Stip4Dismissal.wpd.efm